```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06305
    ELIZABETH R RIEMER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-8972


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/09/07 .

    2.  The case was dismissed without confirmation, 07/20/2007.

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE          CURRENT MORTG         .00              .00             .00
CHILD SUPPORT ENFORCEMEN    CHILD SUPPORT   NOT FILED              .00             .00
FIA CARD SERVICES           UNSECURED       NOT FILED              .00             .00
BRYLANE HOME DIRECT MAIL    UNSECURED       NOT FILED              .00             .00
CAPITAL ONE FINANCIAL       UNSECURED       NOT FILED              .00             .00
CAPITAL ONE FINANCIAL       UNSECURED       NOT FILED              .00             .00
CHASE BANK                  UNSECURED       NOT FILED              .00             .00
COLLECTION PROFESSIONALS    UNSECURED       NOT FILED              .00             .00
CREDIT MANAGEMENT           UNSECURED       NOT FILED              .00             .00
CREDITORS COLLECTION        UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
ILLINOIS COLLECTION SERV    UNSECURED       NOT FILED              .00             .00
JC PENNEY CO                UNSECURED       NOT FILED              .00             .00
KOHLS                       UNSECURED       NOT FILED              .00             .00
LANE BRYANT                 UNSECURED       NOT FILED              .00             .00
LOWES                       UNSECURED       NOT FILED              .00             .00
OXFORD COLLECTION SRVS      UNSECURED       NOT FILED              .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID

SAMS CLUB                   UNSECURED       NOT FILED              .00             .00
SHELL OIL CO                UNSECURED       NOT FILED              .00             .00
TARGET                      UNSECURED       NOT FILED              .00             .00
VERIZON WIRELESS            UNSECURED       NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT        30.00             .00             .00
            Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00       30.00          .00          .00           30.00
PRINCIPAL PAID          .00         .00          .00          .00             .00
```

```
INTEREST PAID                        .00            .00           .00           .00           .00
TOTAL PAID                           .00            .00           .00           .00           .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2500.00 and was paid $        .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/09/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE